UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

v.

HANAMARU CORPORATION,

        Defendant.

Case No. 21-cv-09013-SVK

**ORDER TO SHOW CAUSE RE SETTLEMENT**

Re: Dkt. No. 13

Plaintiff reports that this case has settled. All previously-scheduled deadlines and appearances are vacated.

By **April 19, 2022**, the parties shall file a stipulation of dismissal. If a dismissal is not filed by the specified date, then the parties shall appear on **April 26, 2022, at 1:30 p.m.** and show cause, if any, why the case should not be dismissed. Additionally, the parties shall file a statement in response to this Order no later than **April 19, 2022**, describing with specificity (1) the parties' efforts to finalize settlement within the time provided, and (2) whether additional time is necessary, the reasons therefor, and the minimum amount of time required to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: February 14, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge